## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN CURTIS BEAL  
ADC # 114528                                                                                          PLAINTIFF

V.                                      5:09-cv-00098-WRW-JJV

LARRY NORRIS, *et al.*                                                                     DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 29) is GRANTED and Plaintiff's Complaint is DISMISSED.

The Court FURTHER CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

DATED this 23rd day of November, 2009.

_____  
UNITED STATES DISTRICT JUDGE